CONTINUATION OF CRIMINAL COMPLAINT

1. I am a U.S. Postal Inspector with the U.S. Postal Inspection Service (USPIS) and have been so employed since July 2014. My duties and responsibilities as Postal Inspector include, but are not limited to, conducting investigations into the theft of U.S. Mail in the Western District of Michigan in violation of federal law, to include Title 18, United States Code, Section 1708 (theft or receipt of stolen mail matter generally).

2. The information set forth in this Complaint is based upon my personal knowledge and participation in the investigation described below, as well as information provided to me by other law enforcement officers. I have not set forth all of the information known to me or known to other law enforcement officers concerning this matter.

3. This Continuation of Criminal Complaint is being submitted for the limited purpose of establishing probable cause for issuance of a criminal complaint and arrest warrant. I have not included all of the facts and circumstances related to this investigation. I have set forth only the facts that I believe are sufficient to establish probable cause that Dequon Darvece HARDIMON has committed a violation Title 18, United States Code, Section 1708.

4. Title 18, United States Code, Section 1708 makes it a felony for whoever steals, takes, or abstracts, or by fraud or deception obtains any letter, postal card, package, bag, or mail, or any article or thing contained therein which has been left for collection upon or adjacent to a collection box or other authorized depository of mail matter; or whoever buys, receives, or conceals, or unlawfully has in his possession, any letter, postal card, package, bag, or mail, or any article or thing contained therein, which has been so stolen, taken, embezzled, or abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, or abstracted.

5. Since on or about February 2025, the USPIS Detroit Division, Grand Rapids Domicile, has been investigating complaints from victims who reported that their mail, particularly personal and business checks, have been stolen and fraudulently cashed after being deposited in USPS blue collection boxes throughout the Kalamazoo area. This issue has been reported at the USPS Westwood Branch (167 N Drake Road, Kalamazoo,

Michigan), the USPS Miller Road Branch (1121 Miller Road, Kalamazoo, Michigan), and the USPS Oshtemo Branch (3885 S 9th Street, Kalamazoo, Michigan).

6. On May 19, 2025, during a surveillance operation, at approximately 3:29AM, Postal Inspectors observed a 2012 GMC Acadia (TARGET VEHICLE) with a driver, later identified as HARDIMON, and two other unidentified subjects pull up to the USPS collection boxes at the USPS Miller Road Branch. Two subjects were observed exiting the TARGET VEHICLE and accessing the USPS blue collection boxes located on the east side of the USPS Miller Road Branch. The subjects exited from the front passenger seat and rear passenger seat of the TARGET VEHICLE. The subjects were observed opening the collection boxes, which require a restricted access key, and removing the interior bins from both the blue collection boxes and dumping the collected mail into the front passenger and rear passenger seats of the TARGET VEHICLE. The subjects then returned the interior bins to the collection boxes before closing and locking the collection boxes.

7. Postal Inspectors approached the TARGET VEHICLE with bright red and blue flashing lights and attempted a traffic stop to apprehend the subjects. The subjects then fled from Postal Inspectors by driving over a concrete curb and driving through the lawn along the side of the Post Office. Postal Inspectors initiated a vehicle pursuit with the assistance of Kalamazoo Department of Public Safety, Kalamazoo County Sheriff's Office, and the Michigan State Police.

8. On May 19, 2025, around 3:48 AM, the TARGET VEHICLE came to a stop at 22671 Red Arrow Highway, Mattawan, Michigan 49071. At that moment, HARDIMON exited the TARGET VEHICLE and surrendered to Postal Inspectors. The inspectors noticed two other unidentified individuals fleeing the scene, jumping a fence and running into a nearby wood line. Efforts to locate these individuals were unsuccessful. During the pursuit, Postal Inspectors observed large quantities mail being discarded from the TARGET VEHICLE, primarily along U.S.-131 south.

9. Postal Inspector Mourad secured HARDIMON at the vehicle stop and read HARDIMON his Miranda Rights from his USPIS issued Miranda Rights card. HARDIMON indicated he understood his rights but did not want to speak to law enforcement at this time. Postal Inspectors noticed multiple pieces of U.S. Mail in plain

view within the passenger compartment of the TARGET VEHICLE to include the front passenger seat and within HARDIMON's reach, none of which were addressed to or from HARDIMON, with many featuring return addresses from the Kalamazoo, Michigan area. Additionally, Postal Inspectors located multiple personal checks with payment receipts which were not in envelopes nor were they payable from or to HARDIMON.

10. HARDIMON was transported to the Kalamazoo County Jail by the Michigan State Police and lodged on a State of Michigan theft of mail charge (MCL 445.33) and Flee and Elude (MCL 750.479a). Once at the jail, HARDIMON was interviewed. Before the interview, HARDIMON was again read his Miranda Rights from a USPIS issued Miranda Rights card. HARDIMON stated he understood his rights and chose to answer questions. HARDIMON stated was offered one thousand dollars to drive the two unidentified individuals around the Kalamazoo area. HARDIMON stated his role was that of the driver. HARDIMON stated he fled both in the TARGET VEHICLE and attempted to flee on foot because he hates the police. HARDIMON stated the only reason he stopped the TARGET VEHICLE was because it had engine failure, and it would no longer accelerate. HARDIMON stated he was slow to exit the TARGET VEHICLE which led to his capture because the driver's door would not open and he had to climb over the armrest to exit from the passenger side.

11. Later that day, Inspectors canvased U.S.-131 where mail was being thrown from the TARGET VEHICLE and recovered mail to include personal letters that match personal letters found in the TARGET VEHICLE.

12. Based upon the foregoing information, I believe there is probable cause to charge Dequon Darvece HARDIMON with possession of stolen mail, in violation of Title 18, United States Code, Section 1708.